KAREN L. LOEFFLER
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | |
| vs. | ) | EMBEZZLEMENT OF LABOR |
| | ) | UNION ASSETS |
| CAROLE REEVES, | ) | Vio. 29 U.S.C. § 501(c) |
| | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

At all times relevant to this Information:

1. Sheet Metal Workers' Local Union 23 ("LU 23") was a labor organization as defined in Sections 3(i) and (j) of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401, *et seq.,* and was engaged in an industry affecting interstate commerce.

2. Between September 2007, and November 2008, defendant Carole Reeves was an employee of LU 23, namely, the Office Manager in Anchorage, Alaska.

3. While acting as the Office Manager of LU 23, between July 19, 2008, and October 17, 2008, CAROLE REEVES willfully, and with fraudulent intent, embezzled, stole, and unlawfully converted to her personal use moneys, funds, and assets of LU 23.

All of which is in violation of Title 29, United States Code, Section 501(c).

DATED this 18th day of January, 2012, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

 s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
United States of America